## DEARHART v. VIRGINIA.

No. 745, Misc.   Decided June 17, 1963.

Petitioner *pro se.*

*Reno S. Harp III,* Assistant Attorney General of Virginia, for respondent.

PER CURIAM.

The motion for leave to proceed *in forma pauperis* and the petition for writ of certiorari are granted.   The judgment is vacated and the case is remanded for further consideration in light of *Douglas* v. *California,* 372 U. S. 353, and *Burns* v. *Ohio,* 360 U. S. 252.

MR. JUSTICE CLARK and MR. JUSTICE HARLAN concur in the result.